IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LEIGHTON TECHNOLOGIES, LLC </br></br> Plaintiff, </br></br> v. </br></br> THE UNITED STATES, </br></br> Defendants. | Case No: 10-003 C </br></br> Judge Christine O.C. Miller |

## JOINT STIPULATION FOR ENTRY OF JUDGMENT AGAINST THE UNITED STATES

For the purpose of settling and compromising the above-captioned action, plaintiff, Leighton Technologies, LLC (Leighton), and defendant, the United States of America (the United States), hereby stipulate and agree as follows:

1. Leighton warrants that it is the sole owner of United States Patent Nos. 5,817,207, 6,036,099, 6,214,155, and 6,514,367 (the "Leighton Patents"). Leighton brought this action to recover reasonable and entire compensation for the unauthorized use or manufacture by or for the United States of inventions described in and covered by the Leighton Patents, for "smart cards," RFID cards and E-passports.

2. The United States previously provided notice to its suppliers of certain of such products pursuant to Court of Federal Claims Rule 14(b). License agreements between Leighton and certain of those suppliers subsequently resolved some, but not all, of the issues in this case.

3. Leighton has submitted a written offer to defendant to settle the remainder of this action on the following terms:

(a) Leighton grants to the United States a worldwide, non-exclusive, irrevocable and fully paid-up license to manufacture, make, use, offer to sell, sell, import and/or export, by or for the government, the subject matter described or claimed in the Leighton Patents or any patent issuing from any continuation, continuation-in-part or divisional application claiming priority from any application that issued as one of the Leighton Patents, or any foreign counterpart thereof;

(b) Leighton fully releases the United States from all claims asserted in this action and any claims for patent infringement that could have been brought in this action;

(c) Leighton represents and warrants that neither it nor its assigns shall knowingly attempt to enforce the Leighton Patents against the government or any of the government's contractors, including subcontractors, to the extent such contractors act with the government's authorization or consent, pursuant to 35 U.S.C. Sec. 1498;

(d) In return for which, the United States shall pay to Leighton the total lump sum of Four Hundred Twenty-five Thousand Dollars ($425,000.00)

4. The United States has duly agreed to accept this offer.

5. In consideration for this Stipulation for Entry of Judgment, the releases and grant of a fully paid-up license, as described above, the parties have agreed to allow judgment to be entered in favor of Leighton and against the United States for the total lump sum of Four Hundred Twenty-five Thousand Dollars ($425,000.00).

6. In accordance with the terms of the offer and acceptance and to secure the performance thereof, the United States, by its authorized representative of the Attorney General, and the plaintiff, by its attorney, have entered into this Stipulation to be filed in the United States Court of Federal Claims for the purpose of causing a final judgment to be entered against the United States in accordance with the terms of the Stipulation.

7. The parties shall bear their own costs and attorneys' fees.

8. In the event that the court declines to enter judgment in accordance with this stipulation, in whole or in part, the entire Stipulation shall be void.

Date: 10/21, 2011                          Respectfully submitted,

/s/ Russell E. Levine
by Matthew V. Topic
with permission

Russell E. Levine, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 phone
(312) 862-2200 fax
russell.levine@kirkland.com

OF COUNSEL:

Matthew V. Topic
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 phone
(312) 862-2200 fax
matthew.topic@kirkland.com

Edward Meyers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000 phone
(202) 879-5200 fax
edward.meyers@kirkland.com

*Counsel for Plaintiff Leighton Technologies LLC*

Dated: Oct. 21, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN J. FARGO
Director
Authorized Representative of the
Attorney General

Of Counsel:
GARY L. HAUSKEN
Department of Justice

TREVOR M. JEFFERSON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone:  (202) 307-0333
Facsimile:  (202) 307-0345

Counsel for the United States

5